**Exhibit A to the Complaint**

**Location:** Los Gatos, CA  
**Total Works Infringed:** 38

**IP Address:** 174.62.124.166  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0BA8894950218E069E42B23403598B102CE4C6B3<br>File Hash: 9EF07345C5CB3B960537862FA8897CBCD0A50C4718FF5FF79C6B852E76ABB2D4 | 01/08/2020 04:17:38 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 2 | Info Hash: A96CB64E937D16635099A291DF66872988DB3CE2<br>File Hash: 3BB01A1A6A59951571A72103BFFA914318BAC4864A958428D15F5B935FB52768 | 12/25/2019 23:02:32 | Vixen | 12/15/2019 | 01/03/2020 | PA0002233430 |
| 3 | Info Hash: 878E686C5F49A5B1CAA5EC7FBECB43C4E85E277A<br>File Hash: E060FDDD1555473C552CAB4D0EA5286DEBDE323BA64668C565F3F6C573F46E9C | 11/24/2019 15:26:29 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 4 | Info Hash: 5BB2AE2D74EDA8D4C0976E8C20C4EC6694B6F88E<br>File Hash: F0D51AC52F91908891963E1F3778781D5C186C7EE0786F7A46A579FFDD9CDA88 | 11/01/2019 02:52:41 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 5 | Info Hash: 67BBA68AD2F8B337347AB5C68764713754555B43<br>File Hash: C70398C9D731697DA1771680334F165E6124A962806289F0633A9433A89C447D | 10/30/2019 01:43:07 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 6 | Info Hash: 219BC0BC67C63963FA0AA9EF310C09EC4BCE055A<br>File Hash: 2E0E176FABD9043446C0F4168909C85A493935DCEB3D9CE7657651CC7664390F | 10/29/2019 04:29:24 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 7 | Info Hash: B64795AC58268CD9C422E07C69CFE21BF5817B3A<br>File Hash: D635910093E18115308F865230E69E3C9BD78A158FE7F327A8E07D39DC5D7AED | 10/23/2019 13:59:29 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 8 | Info Hash: 592E00EEFD8E4215D6964480C40D05812DBD90C7<br>File Hash: FA22CD79576E501FDA01E552ADE1E975DF4576FF63D4D95EF7497F64F508904A | 10/22/2019 03:36:31 | Vixen | 10/21/2019 | 11/05/2019 | PA0002227093 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9E5DDD510945C8DD46FF3E459522F0292D605EE0<br>File Hash: 27ACBEAFD3C064094A693AFC0818310C36EDABEFCD4508C74040DFC08488C1D6 | 10/13/2019 06:41:17 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 10 | Info Hash: 313A6D4A94559F25179E088261818808DB04CEB9<br>File Hash: B0AE7AC7AE37A6CF40D80F135B2B56033E0348B0E97B3B3DE55C1298D69F5CFD | 09/25/2019 03:13:31 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 11 | Info Hash: F29FB427E07BFCD850C0DF7DB1EDB5BE24C0267F<br>File Hash: A3D700E02B72B0C705B3B957FA90E83F1AFB65BE85F5C435AE5DFF3F2D03250B | 09/18/2019 03:31:39 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 12 | Info Hash: 52DBCAB7B39058F361707D52D0191BCAB55EB38A<br>File Hash: E12D2277C7893FC16F285BCFC8D659FCD546C0F02E28E864937BC6EAF3E4D90C | 09/18/2019 03:23:29 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 13 | Info Hash: C9B43CE41BA479C1CD8E51416831AEBEA00AB98D<br>File Hash: 8A9876BAA41D925584588A5F69C68353F867993B742D8614D1FEA2400139C1DF | 08/15/2019 03:21:51 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 14 | Info Hash: 004DA2C9122F1CFF1346FD0D9BBA7C7BE4D156EC<br>File Hash: 42EEA3996C07F526F42BC5A56307832E4DB84ECE456789187C9194BF3BFC57E4 | 08/08/2019 16:14:36 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 15 | Info Hash: 815D0FCED85C4565288DBAFE53ED6266B0D41447<br>File Hash: 06A2F223C47718512F0CE11E8F2F4AC477DA3C2E6BA1D12CAB1EF8599AF827CF | 07/31/2019 02:20:49 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 16 | Info Hash: 95A5870C793057C65F7C4B5740D88208D956ECBD<br>File Hash: 00989731AA4639F95DD0C9F04EB9BCF59B893235B99ADF83FF30C5AB58AF26AE | 05/25/2019 03:52:28 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 17 | Info Hash: 84FEB874319728389ACFBDD9188FDBF6C57DA75C<br>File Hash: 7A6B52B645BE0D832E6A225667034CB707762BD1CAE234FB660518649DF9ABC0 | 05/22/2019 05:30:28 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: AF83F0498433595CA405D5BA503668E39140BE7E<br>File Hash: 1758F9FF705A88510CFB1DF88597276C51A2A6CF8968519E990F20D0A91194FA | 05/18/2019 04:13:35 | Tushy | 05/16/2019 | 07/05/2019 | PA0002206381 |
| 19 | Info Hash: 0FCCA66E8060DC05A221832147357A295BD5BDC1<br>File Hash: D41CDE4E667263D193097E42CDCA562A0F38C6D727FB238AF2E6DEBD0CB7402D | 05/18/2019 04:08:13 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 20 | Info Hash: 97D72EF918207B057716A7250623FD27471D7CDF<br>File Hash: 6C5359230EBB63CCED70A9217186FCB3B8D1F6D97597EB096CDD94AA7ED8F9C4 | 05/16/2019 03:21:28 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 21 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 05/11/2019 03:09:37 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 22 | Info Hash: C0E85250C4665B97E6430774E95F95EEF1572F2C<br>File Hash: 7B580766221DC503AD8D48F278FD435863C1F65ACFFF34CB8FF1A5C4A55781CF | 04/11/2019 01:59:14 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 23 | Info Hash: 547F59918808C7DD20DEFBD841F4F140FDB0D2DD<br>File Hash: B5BB34C457E4594F2C2FEEF860DB4EDE3E3C0D710F987129C155729453639A62 | 04/06/2019 02:52:19 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 24 | Info Hash: A647DAC4F1765F4D273A84ACD720FAC66EFF116D<br>File Hash: 89BA4F59F83B6B124281B2F62CB78C126AB440E65F5E332A4B05602AF478052C | 04/04/2019 02:54:06 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 25 | Info Hash: FB672E815A9FEA2A5E75AB12CF8D0C070F88F203<br>File Hash: 4533A2D00026774EA08D15C910F8939DF7CFE778FCC019BE146C06FF19256D85 | 03/31/2019 22:22:20 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 26 | Info Hash: 4CFCD4A417821FCFCD79A36FA4B8E445497B61BB<br>File Hash: 321968D700111022299000B4A423C842F1148E917FE15681BEBABE12F54EB66E | 03/24/2019 04:24:44 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: DB799D53C1E2497D219E0E3D8BBF29A8A99DBA6D<br>File Hash: 4696AD49226D1CDFB484990DC892256998D6B5E780AD3B63C8B5D84798D395E1 | 03/15/2019 02:22:13 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 28 | Info Hash: 624A1332AAFA93159FAE818A85963F4110145A7C<br>File Hash: C9A51E9A93A9035274A1EE32243ABF6115C43DF3658A5D24C5D519B7810261B9 | 03/11/2019 01:28:55 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 29 | Info Hash: CE371CD4A148579DA33E1EE69A14F0B6A0B5B31A<br>File Hash: CE51EF9B8F482C3E62F3765A7BC8BB80251D08557AFFCD7CA7AB84E6E03D7927 | 02/27/2019 07:14:17 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 30 | Info Hash: 6B065FECB85F94548AAEF8B2737DD9C2A4EE1D6E<br>File Hash: A2549F16C4044CD609BF50156526FBC6406A0DD1C81272B8728E9F7E5A78EA90 | 02/27/2019 04:05:00 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 31 | Info Hash: 001779348C6F84B362C125BB6E6DE3EFEA9FCADD<br>File Hash: A9C15FEA95319BBD26164E4166180BE8FB9A431E810E635FFEB5847A8858A2D3 | 02/23/2019 02:57:17 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 32 | Info Hash: B6ECD1FE798497FACAFEE2BB5A2F4C6DAFFD6272<br>File Hash: 1D1AA26BDFB985F4F5BB9D70C5153E2653C2C1DFAED02538E04474336865EA89 | 02/12/2019 04:54:58 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 33 | Info Hash: BAD68CA70D6BFA8F2608A138058B5819F96FD177<br>File Hash: B25AF3DE3F80EB8CBDD72DB3152799B8AE2232B90DAB38987A39E22110E2485A | 02/12/2019 04:15:21 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 34 | Info Hash: 66E24EFC34B1ACF70F5DADCFA1EDE2B2C034D5B7<br>File Hash: 3EC8124C644C5EC00511B304FC81BDC0B456DDE16A452DC4C8AFEBD06DDF7A9C | 01/28/2019 01:47:42 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 35 | Info Hash: D73113BFE9CDDBD27A672E301CB89F271D6996B8<br>File Hash: 7B520930A0CA51AABFD11EBAE48F436FB40C96E9EEFC950645745DBCAC7412AB | 01/24/2019 04:01:02 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 230A6D45AD01B4CC67F19BABB58E68B928C42502<br>File Hash: 0514D07FB08BE468DC58262E31A69232E4D3FF1697271B02E7E5B031B399976B | 01/11/2019 07:17:52 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 37 | Info Hash: 9F603D8C63DBB71F9A0412A6272081629F2302B8<br>File Hash: 2C112D6DCF8D71340CEA6FE8DAAB618588311BA0CAD0060E0D830F64E1A4FC89 | 01/10/2019 03:54:38 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 38 | Info Hash: 8AA35B136BAD524ABE532FF7416DCBEDF3D5C782<br>File Hash: 8F198D597802DA68E34FA5BCF8D9F4B9EAC2F19B1E474F1898480231B0458C0D | 12/20/2018 04:27:53 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |