Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 174.62.124.166

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>            Plaintiff,<br><br>     vs.<br><br>John Doe subscriber assigned IP address 174.62.124.166<br><br>            Defendants. | No. 3:20-cv-03474-JCS<br><br>**NOTICE OF APPEARANCE FOR IP ADDRESS 174.62.124.166** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 174.62.124.166.

    DATED this 25th day of May, 2020.

                              **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                              By /S/  Steve Vondran
                                    Steven C. Vondran, Esq.
                                    *Attorneys for IP 174.62.124.166*