1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC,

            Plaintiff,

     v.

JOHN DOE SUBSCRIBER ASSIGNED IP
ADDRESS 174.62.124.166,

            Defendants.

Case No.  20-cv-03474-JCS

**ORDER TO SHOW CAUSE WHY
APPLICATION TO SERVE
SUBPOENA SHOULD NOT BE
GRANTED**

Re: Dkt. No. 10

      Plaintiff Strike 3 Holdings, LLC ("Strike 3") has applied ex parte to serve an early

subpoena on Comcast Cable, which Strike 3 believes is the internet service provider for Defendant

John Doe, who is currently identified only by the IP address 174.62.124.166.  Although Strike 3

apparently remains unaware of Doe's identity, defense counsel has appeared on Doe's behalf.

Doe is therefore ORDERED TO SHOW CAUSE why Strike 3's application should not be

granted—with restrictions on public disclosure of Doe's identity—for the reasons stated in this

Court's decision denying a motion to quash a similar subpoena in *Strike 3 Holdings, LLC v. Doe*,

No. 19-cv-00723-JCS, 2019 WL 2996428 (N.D. Cal. July 9, 2019).  Doe shall file a response no

later than July 29, 2020.

      The parties are further ORDERED to meet and confer to determine whether defense

counsel can accept service on Doe's behalf or otherwise obviate the need for the third party

discovery that Strike 3 seeks.  If the parties are able to resolve the issue such that Strike 3's request

for a subpoena is moot, they may file a joint statement to that effect in lieu of Doe's response to

this order to show cause, by the same deadline.  If the parties are not able to resolve the issue,

Doe's response to this order must report that outcome.

      **IT IS SO ORDERED.**

Dated: July 15, 2020

                                                    _____
JOSEPH C. SPERO
Chief Magistrate Judge